UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-22967-CIV-HUCK/O'SULLIVAN

EXPORTACIONES Textiles, S.A. DE C.V.,
        Plaintiff,

v.

ORANGE CLOTHING CO., a Florida corporation,
SCOTT H. DEUTSCH, individually,
and ANDY WORTMANN, individually,
        Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Plaintiff's Brief in Support of Discovery in Aid of Execution (DE # 97, 2/10/11).  Having reviewed the applicable filings and law, and having held a hearing in this matter, it is

ORDERED AND ADJUDGED the plaintiff may obtain third party discovery in aid of execution.  "Discovery has been permitted against a non-party where the relationship between the judgment debtor and the non-party is sufficient to raise a reasonable doubt about the bona fides of the transfer of assets between them." Magnaleasing, Inc. v. Staten Island Mall, 76 F.R.D. 559, 562 (S.D.N.Y 1977) (citing Caisson Corp. v. Country West Bldg, Corp., 62 F.R.D. 331, 335 (E.D.Pa. 1974); Davis Accoustical Corp. v. Skulnik, 131 N.J. Supper. 87, 328 A.2d 633, 635 (App.Div.1974) (under a rule of court substantially identical to Rule 69)).  The plaintiff has met its burden of demonstrating that the relationships between the judgment debtor and the non parties are sufficient to raise a reasonable doubt about the bona fides of the transfers between and amongst them.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 30th day of March, 2011.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
U.S. District Judge Huck
All counsel of record