UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 09-22967-CIV-HUCK/O'SULLIVAN

EXPORTACIONES Textiles, S.A. DE C.V.,
     Plaintiff,
v.

ORANGE CLOTHING CO., a Florida corporation,
SCOTT H. DEUTSCH, individually,
and ANDY WORTMANN, individually,
     Defendants.
_____/

## ORDER

**THIS MATTER** is before the Court on the Defendant, Orange Clothing Co. and

Scott H. Deutsch's Motion for Extension of Time and/or for a Stay of the Order on

Plaintiff's Brief in Discovery of Aid of Execution (DE # 125, 5/13/11).  Rule 7.1(C), Local

Rules for the United States District Court for the Southern District of Florida provides, in

pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of
> law no later than ten days after service of the motion as computed in the
> Federal Rules of Civil Procedure.  **Failure to do so may be deemed
> sufficient cause for granting the motion by default**.  (Emphasis
> supplied).

Having received no response from the plaintiff and a response having been due,

and the defendants having filed the Written Objections and Appeal from Order on

Plaintiff's Brief in Discovery in Aid of Execution (DE # 128, 5/16/11) to which the plaintiff

responded (DE # 131, 5/31/11), it is

ORDERED AND ADJUDGED that the Defendant, Orange Clothing Co. and Scott

H. Deutsch's Motion for Extension of Time and/or for a Stay of the Order on Plaintiff's Brief

in Discovery of Aid of Execution (DE # 125, 5/13/11) is GRANTED in part and DENIED in

part in accordance with this Order.  The Motion to Stay is GRANTED until the District Court

rules on the defendants' Written Objections and Appeal from Order on Plaintiff's Brief in

Discovery in Aid of Execution (DE # 128, 5/16/11).  Accordingly, the Motion for Extension

of Time is DENIED.

DONE AND ORDERED, in Chambers, at Miami, Florida, this 2nd day of June, 2011.

_____

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies provided to:
U.S. District Judge Huck
All counsel of record