UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  09-CIV-22967-HUCK/O'SULLIVAN

EXPORTACIONES TEXTILES, S.A. DE C.V.,
    Plaintiff,

v.

ORANGE CLOTHING CO., a Florida corporation,
    Defendant.
_____/

**ORDER**

THIS MATTER is before the Court on the Plaintiff's Motion for Entry of Sanctions as a Result of Discovery Abuses (DE # 131, 5/31/11).  Rule 7.1(C), Local Rules for the United States District Court for the Southern District of Florida provides, in pertinent part:

> Each party opposing a motion shall serve an opposing memorandum of law no later than ten days after service of the motion as computed in the Federal Rules of Civil Procedure.  **Failure to do so may be deemed sufficient cause for granting the motion by default**.  (Emphasis supplied).

Having received no response from the defendants, and a response having been due, it is

ORDERED AND ADJUDGED that the defendants shall file a response to the Plaintiff's Motion for Entry of Sanctions as a Result of Discovery Abuses (DE # 131, 5/31/11) on or before July 21, 2011.  The failure to file a response may result in a recommendation that the Plaintiff's Motion for Entry of Sanctions as a Result of Discovery Abuses (DE # 131, 5/31/11) be granted in its entirety.

DONE AND ORDERED, in Chambers, in Miami, Florida, this 7th day of July, 2011.

JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All counsel of record